IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JEFFREY P. DATTO,**

    **Plaintiff,**

v.                                                         Case No. 4:20-cv-531-AW-MAF

**THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES AND JOHN
DOES 1-5,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's March 5, 2021 Report and Recommendation, ECF No. 7, to which there has been no objection. I agree with the magistrate judge that the case should be dismissed for several independent reasons. There has been no timely service. *See* Rule 4(m). Plaintiff has failed to prosecute the case, which appears abandoned. And Plaintiff has not complied with a court order. Any one of these reasons is alone a basis to dismiss without prejudice.

The Report and Recommendation (ECF No. 7) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for (i) failure to effect service, (ii) failure to prosecute and (iii) failure to comply with a court order." The clerk will then close the file.

1

SO ORDERED on April 9, 2021.

                                                  s/ *Allen Winsor*
                                                United States District Judge